**Joel Lynn SMITH, Plaintiff–Appellant,**

v.

**DALLAS COUNTY; Bill Hill; John Kull; Tom D'Amore; Bill Stovall; Tom Grett; Ted Shoemaker, Defendants–Appellees.**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Joel Lynn Smith, Plaintiff–Appellant,

v.

City of Dallas Police Department; Officer NFN Frazier, City of Dallas Police Officer, # 7324; Reuben Ramirez, Dallas Police # 7345; Byron Boston, Jr., City of Dallas Police # 7395; City Manager Ted Benavides, Defendants–Appellees.

No. 05–10642
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Joel Lynn Smith, Dallas, TX, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Joel Lynn Smith, proceeding pro se and in forma pauperis, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and the statute of limitations. Although he renews the allegations of his complaint, Smith does not challenge the district court's conclusion that his claims were barred by *Heck* or that his racial profiling claim was barred by the statute of limitations.

By failing to brief any argument challenging the district court's reasons for dismissal, Smith has abandoned the only grounds for appeal. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.

1987). The appeal is wholly without arguable merit, is frivolous, and is therefore dismissed. *See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir. 1983). Smith is warned that future frivolous filings will invite the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.